UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

August 11, 2025

ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS 39201

TELEPHONE
601-608-4010

*Divisions*

SOUTHERN at Gulfport
2012 15th St., Suite 403, ZIP 39501

EASTERN at Hattiesburg
701 Main St., Suite 200, ZIP 39401

JACKSON & WESTERN at Jackson
501 E. Court St. Ste 2.500, ZIP 39201

Hon. Zack Wallace
Circuit Clerk of Hinds County, MS
Hinds County Circuit Court
P.O. Box 327
Jackson, MS 39205

RE: *Mayze v. Park Wind Apartments LLC et al*
Our Case No. 3:25-cv-00340-KHJ-MTP
Your Case No. 25CI1:25-cv-178-EFP

Dear Hon. Zack Wallace:

Pursuant to 28 U. S. C. § 1447(c), enclosed herewith please find a certified copy of an order of remand entered on 8/11/2025 in the above-captioned case on the docket of our court. Also enclosed is a certified copy of our docket sheet.

Please indicate your receipt of these documents by completing the acknowledgment on the copy of this letter and returning it to us via the enclosed SASE.

Should you have any questions please contact our office at 601.608.4000 .

Sincerely Yours,

***ARTHUR JOHNSTON, CLERK*** *By:* L. Townsend, *D. C.*

## *ACKNOWLEDGEMENT OF RECEIPT*

*I hereby acknowledge receipt of the documents referred to above on this the ____ day of ______________, 20_____.*

*Hinds County Circuit Court*
*CIRCUIT CLERK OF Hinds COUNTY, MS*

*By:* ______________________________ *, D. C.* **SEAL**